UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME KOENIG and JEANETTE KOENIG,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC.,<br>UNITED PARCEL SERVICE OF AMERICA, INC.,<br>UNITED PARCEL SERVICE COMPANY, and<br>TIMOTHY BRAYFIELD, JR.,<br><br>    Defendants. | Case No. 10-cv-187-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiffs Jerome and Jeanette Koenig's Motion (Doc. 10) to amend their Complaint (Doc. 2).

On March 15, 2010, the Court ordered the Koenigs to amend their complaint in light of its insufficient jurisdictional allegations.  (*See* Doc. 9).  As such, the Koenigs did not require leave to file an amended complaint.  Put another way, they did not need to nor should they have filed the instant motion.

Nevertheless, the Court **GRANTS** the instant motion and **ORDERS** the Koenigs to file an amended complaint no later than April 9, 2010.  The amended complaint does not affect service of the original complaint and need not be served on Defendants given the nature of the required amendment.

**IT IS SO ORDERED.**
**Dated: March 19, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
