UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME and JEANETTE KOENIG,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC., UNITED PARCEL SERVICE OF AMERICA, INC., UNITED PARCEL SERVICE COMPANY, and TIMOTHY BRAYFIELD, JR.,<br><br>    Defendants. | Case No. 10-cv-187-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiffs Jerome and Jeanette Koenigs' Motion to Voluntarily Dismiss (Doc. 21).  Specifically, the Koenigs seek to dismiss all of their claims against Defendants United Parcel Service of America, Inc. and United Parcel Service Company without prejudice.  No Defendant objects to the instant motion.

Being fully advised of the premises, especially Federal Rule of Civil Procedure 41(a)(1)(A)(I) which permits dismissal of an action against an adverse party before that party serves either an answer or a motion for summary judgment, the Court **GRANTS** the instant motion (Doc. 21).  As such, Defendants United Parcel Service of America, Inc. and United Parcel Service Company are **DISMISSED** from this matter **without prejudice**.  Further, the Court **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of this case.

**IT IS SO ORDERED.**
**DATED: June 22, 2010**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
