IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEROME KOENIG and<br>JEANETTE KOENIG,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED PARCEL SERVICE, INC. and<br>TIMOTHY BRAYFIELD, JR.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  NO.  10-cv-187-JPG<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  November 17, 2010

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:   *s/J. Phil Gilbert*
            J. PHIL GILBERT
            U. S. DISTRICT JUDGE